IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STATE VOLUNTEER MUTUAL
INSURANCE COMPANY                                                    PLAINTIFF

v.                         CASE NO. 4:08-CV3006 BSM

PATRICK CHAN, SCOTTY FOSTER,
LINDA FOSTER, NITA A. GENTRY,
ORMOND E. GENTRY, JR., EDDIE
DON GLENN, THUREL T. HAMM,
VICKIE TURNER, CONNIE COOPER,
REX G. WILLIAMS, & MARY A.
WILLIAMS                                                             DEFENDANTS

## ORDER

Pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and for good cause shown, Plaintiff's motion for admission pro hac vice [Doc. # 2] is granted and L. Webb Campbell II and Phillip F. Cramer are hereby permitted to appear and participate in this action as counsel for plaintiff.

IT IS SO ORDERED this 8th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE