**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| STATE VOLUNTEER MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PATRICK CHAN, SCOTTY FOSTER, LINDA FOSTER, NITA A. GENTRY, ORMOND E. GENTRY, JR., EDDIE DON GLENN, THUREL T. HAMM, VICKIE TURNER, CONNIE COOPER, REX G. WILLIAMS & MARY A. WILLIAMS, | ) ) ) ) ) ) ) ) ) |
| Defendants/Interested Parties. | ) |

No. 4 08-CV-3006 BSM

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing that this cause as well as the underlying state cases have been settled and compromised to the mutual satisfaction of the parties, this cause should be and hereby is dismissed with prejudice.

IT IS SO ORDERED this 16th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE